McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.F. 05-0263 AWI |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING GOVERNMENT'S |
| | ) | MOTION FOR RECIPROCAL DISCOVERY |
| v. | ) | AND REQUEST FOR PRECLUSION ORDER |
| | ) | |
| JASON A. TARDIFF, | ) | DATE: October 3, 2005 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | PLACE: COURTROOM THREE |
| | ) | HON. ANTHONY W. ISHII |
| _____ | ) | |

On October 3, 2005, the Court heard the government's motion for reciprocal discovery and request for preclusion order. Appearing for the government was Assistant U.S. Attorney David Gappa; appearing for defendant Jason A. Tardiff was Assistant Federal Defender Melody Walcott. Upon due consideration of the written and oral arguments of the parties and the record herein, the Court issues the following order:

The government's Motion for Reciprocal Discovery and Request for a Preclusion Order pursuant to Fed.R.Crim.P. 12.1, 12.2, 16(b)(1) and 16(d)(2) is granted.

IT IS SO ORDERED.

**Dated:   October 5, 2005**             /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE

1