QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JASON A. TARDIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-Cr-00263 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| JASON A. TARDIFF, ) | Date: November 21, 2005 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing scheduled in the above captioned matter for October 31, 2005, may be continued to November 21, 2005 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

          McGREGOR M. SCOTT
          United States Attorney

DATED: October 27, 2005        By:  /s/ Sherrill A. Carvalho
          SHERRILL A. CARVALHO
          Assistant U.S. Attorney
          Attorney for Plaintiff

          QUIN DENVIR
          Federal Defender

DATED: October 27, 2005        By:  /s/ Melody M. Walcott
          MELODY M. WALCOTT
          Assistant Federal Defender
          Attorney for Defendant
          JASON A. TARDIFF

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 28, 2005**        /s/ Anthony W. Ishii
0m8i78          UNITED STATES DISTRICT JUDGE